UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Thomas Moorer
                            Plaintiff,
v.                                          Case No.: 1:19−cv−05058
                                            Honorable Manish S. Shah
J. Valkner, Star No. 20111, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

MINUTE entry before the Honorable Manish S. Shah: Status hearing held. With the agreement of the parties, all discovery conducted in Case No. 18 C 3796 shall stand as the discovery conducted in the present case. This case is consolidated for all purposes with Case No. 18 C 3796 – Moorer v. City of Chicago. This case shall be administratively closed and all further filings must be made in Case No. 18 C 3796 – Moorer v. City of Chicago. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.